UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL REILLY AS PERSONAL REPRSENTATIVE OF THE ESTATE OF BRENDAN REILLY<br>    Plaintiff,<br><br>v.<br><br>THE TOWN OF LEXINGTON, OFFICER STEVE PAPIA, OFFICER JOHN FRISSORI, OFFICER JOSEPH CARRUTHERS, INNOVATE HEALTH OF MA, LLC, ALULA AFEWORK, CATHERINE MUNYA, ELIOT COMMUNITY HUMAN SERVICES, INC., PATRICK AKER & MARY DARBY<br>    Defendants, | Docket No.: |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Town of Lexington, Officer Steve Papia, Officer John Frissori & Officer Joseph Carruthers respectfully petition this Court for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County, and for their Notice of Removal state as follows:

1. Town of Lexington, Officer Steve Papia, Officer John Frissori & Officer Joseph Carruthers are named as defendants by the plaintiff, *Carol Reilly, as Personal Representative of the Estate of Brendan Michael Reilly vs. Town of Lexington et al*. *Middlesex Superior Court, C.A. No. 2381CV03255* on January 29, 2024, the defendant, Town of Lexington received a copy of plaintiff's Complaint. Copies of

1

the Summons and Complaint served are attached hereto as Exhibits "A" and "B," respectively. The defendants have not yet Answered plaintiff's Complaint.

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in Middlesex County, Massachusetts, and, accordingly, under 28 U.S.C. §§ 101 & 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. In this action, the plaintiff alleges, among other things, that the defendants violated his federal civil rights.

4. In Count I-VI of his Complaint, the plaintiff seeks recovery against the defendants under 42 U.S.C. § 1983.

5. Because this case involves claims for relief brought under federal law, the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

6. The defendants are filing this Notice within thirty days of receipt of a copy of the Complaint, within thirty days of the date this case became removable, and within the statutory time period for filing this petition. See 28 U.S.C. § 1446.

7. The defendants will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Middlesex.

8. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Middlesex, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty days after the filing of this Notice of Removal.

9.  Consent to remove has been obtained from all defendants named in this action who have been served with the Complaint, including Innovate Health of Massachusetts, LLC & Catherine Munya.

WHEREFORE, the petitioners, Town of Lexington, Officer Steve Papia, Officer John Frissore & Officer Joseph Carruthers pray that the above action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County be removed from that Court to this United States District Court.

    Respectfully submitted,

    The Defendants,
    THE TOWN OF LEXINGTON,
    OFFICER STEVE PAPIA,
    OFFICER JOHN FRISSORI &
    OFFICER JOSEPH CARRUTHERS
    By their Attorneys,

    **PIERCE, DAVIS & PERRITANO, LLP**

    */s/ Jason W. Crotty*
    _____
    Jason W. Crotty, BBO #656313
    10 Post Office Square, Suite 1100
    Boston, MA 02109
    (617) 350-0950
    jcrotty@piercedavis.com

## **CERTIFICATE OF SERVICE**

I, Jason W. Crotty, certify that on the 21st day of February 2024, a true copy of the above document was served by electronic mail on the following attorney of record:

Michael J Heineman, Esq.
Heinlein Beeler Mingace and Heineman
276 Union Ave
Framingham, MA  01702
MHeineman@HBMHlaw.com

Michael O'Loughlin, Esq.
BOYLE | SHAUGHNESSY LAW PC
 695 Atlantic Avenue
Boston, MA 02111
MOLoughlin@boyleshaughnessy.com

*/s/ Jason W. Crotty*
_____
Jason W. Crotty