UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL REILLY AS PERSONAL REPRSENTATIVE OF THE ESTATE OF BRENDAN REILLY<br>  Plaintiff,<br><br>v.<br><br>THE TOWN OF LEXINGTON, OFFICER STEVE PAPIA, OFFICER JOHN FRISSORI, OFFICER JOSEPH CARRUTHERS, INNOVATE HEALTH OF MA, LLC, ALULA AFEWORK, CATHERINE MUNYA, ELIOT COMMUNITY HUMAN SERVICES, INC., PATRICK AKER & MARY DARBY<br>  Defendants, | Docket No.: 1:24-cv-10415-ADB |

**ANSWER OF DEFENDANTS TOWN OF LEXINGTON, OFFICER STEVE PAPIA, OFFICER JOHN FRISSORI & OFFICER JOSEPH CARRUTHERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES & JURY DEMAND**

**First Defense**

Plaintiff's Complaint fails to state a claim against the Town of Lexington, Officer Steve Papia, Officer John Frissori & Officer Joseph Carruthers ("Town Defendants") upon which relief can be granted and, therefore, must be dismissed.

**Second Defense**

The Plaintiff's Complaint fails to state a claim against the Town Defendants upon which relief can be granted and, therefore, the Town Defendants have no obligation to pay the Plaintiff any amount of the damages alleged.

**Third Defense**

The Town Defendants respond to the allegations contained in the Plaintiff's Complaint, paragraph by paragraph, as follows:

1

# Parties

1.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

2.     The Town Defendants admit the allegations contained in the corresponding paragraph of Plaintiff's Complaint. The second sentence of the corresponding paragraph of Plaintiff's Complaint references an unidentified written policy.  Therefore, the Town Defendants can neither admit nor deny same.

3.     The Town Defendants admit the allegations contained in the corresponding paragraph of Plaintiff's Complaint. The remainder of the allegations in the corresponding paragraph of Plaintiff's Complaint are legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

4.     The Town Defendants admit the allegations contained in the corresponding paragraph of Plaintiff's Complaint. The remainder of the allegations in the corresponding paragraph of Plaintiff's Complaint are legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

5.     The Town Defendants admit the allegations contained in the corresponding paragraph of Plaintiff's Complaint. The remainder of the allegations in the corresponding paragraph of Plaintiff's Complaint are legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

6.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

7.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

8.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

9.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

10.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

11.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

### Factual Allegations

12.     The Town Defendants repeat and incorporate by reference their responses to paragraphs 1 through 11 above.

13.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

14.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

15.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

16.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

17.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

18.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

19.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

20.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

21.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

22. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

23. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

24. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

25. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

26. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

27. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

28. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

29. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

30. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

31. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

32. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

33. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

34. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

35. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

36. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

37. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

38. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

39. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

40. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

41. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

42. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

43. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

44. Admitted.

45. Admitted.

46. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

47. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

48. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

49. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

55. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

56. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

57. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

58. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

59.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

60.     Admitted.

61.     Admitted.

62.     Admitted.

63.     Admitted.

64.     Admitted.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Denied.

69.     Denied.

70.     Admitted.

71.     Admitted.

72.     Denied.

73.     Denied.

74.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

75.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

76.     Denied.

77.     The corresponding paragraph of Plaintiff's Complaint references a written document which speaks for itself. The document at issue is not attached to the Complaint as an exhibit, so the Town Defendants neither admit nor deny the content of same.

78.     The corresponding paragraph of Plaintiff's Complaint references a written document which speaks for itself. The document at issue is not attached to the Complaint as an exhibit, so the Town Defendants neither admit nor deny the content of same.

79.     Denied.

80.     The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

81.     Admitted.

82.     Admitted. However, the Town Defendants state further that "command voices" were used after calm and empathetic escalation techniques were ineffective.

83.     Admitted.

84.     Admitted.

85.     Denied.

86.     Admitted.

87.     Admitted.

88.     Admitted.

89.     Admitted.

90.     Denied.

91.     Denied.

92.     Denied.

93.     Admitted. -However, the Defendants state further that the only supervisor on shift that day was Sergeant Demambro. She was the Commanding Officer which meant she was at the station and not able to come to the scene.

94.     Denied.

95.     Denied.

96.     Denied.

97.     Denied.

98. Admitted.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

110. Denied.

111. Admitted.

112. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

113. The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

114. Denied.

115. Admitted.

116. Denied.

117.    The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

118.    The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

## COUNT I
## 42 U.S.C. § 1983, Fourth Amendment
### (v. Officer Papia, Officer Frissori & Officer Carruthers)

119.    The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 118 above.

120.    The Town Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the corresponding paragraph of Plaintiff's Complaint and therefore leave the Plaintiff to prove same.

121.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

122.     The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

123.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

124.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

125.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

126.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied.  To the extent that a response is required, denied.

127. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

128. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

### COUNT II
### 42 U.S.C. § 1983, Fourteenth Amendment
### (v. Officer Papia, Officer Frissori & Officer Carruthers)

139. The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 138 above.

140. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

## COUNT III
### 42 U.S.C. § 1983, Negligent Training
### (v. Town of Lexington)

146. The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 145 above.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

**COUNT IV**
**42 U.S.C. § 1983, Fourteenth Amendment- Due Process**
**(v. Town of Lexington, Officer Papia, Officer Frissori & Officer Carruthers)**

163.    The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 162 above.

164.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

165.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

166.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

167.    Denied.

168.    Denied.

169.    Denied.

170.    Denied.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Denied.

175.    Denied.

**COUNT V**
**American with Disabilities Act**
**(v. Town of Lexington)**

176.    The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 175 above.
177.    The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

178. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

179. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

180. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

185. Denied.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

### COUNT VI
### Rehabilitation Act
### (v. Town of Lexington)

190. The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 189 above.

191. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

192. The corresponding paragraph of Plaintiff's Complaint contains legal conclusions as opposed to factual allegations to be admitted or denied. To the extent that a response is required, denied.

193.   Denied.

194.   Denied.

195.   Denied.

196.   Denied.

## COUNT VII
**Negligence**
**(v. Nizhoni)**

197.   The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 196 above.

198 -203.   Paragraphs 198-203 of Plaintiff's Complaint make no factual allegations against the Town Defendants. Therefore, no response is necessary. To the extent that any allegations are made against the Town Defendants in paragraphs 198-203, those allegations are denied.

## COUNT VIII
**Negligence**
**(v. Afework)**

204.   The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 203 above.

205 -210.   Paragraphs 205-210 of Plaintiff's Complaint make no factual allegations against the Town Defendants. Therefore, no response is necessary. To the extent that any allegations are made against the Town Defendants in paragraphs 205-210, those allegations are denied.

## COUNT XI
**Negligence**
**(v. Munya)**

211.   The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 210 above.

212 -216.   Paragraphs 212-216 of Plaintiff's Complaint make no factual allegations against the Town Defendants. Therefore, no response is necessary. To the extent that any allegations are made against the Town Defendants in paragraphs 212-216, those allegations are denied.

**COUNT X**
**Negligence**
**(v. Eliott)**

217.    The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 216 above.

218 -222.    Paragraphs 218-222 of Plaintiff's Complaint make no factual allegations against the Town Defendants. Therefore, no response is necessary. To the extent that any allegations are made against the Town Defendants in paragraphs 218-222, those allegations are denied.

**COUNT XI**
**Negligence**
**(v. Aker)**

223.    The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 222 above.

224 -226.    Paragraphs 224-226 of Plaintiff's Complaint make no factual allegations against the Town Defendants. Therefore, no response is necessary. To the extent that any allegations are made against the Town Defendants in paragraphs 224-226, those allegations are denied.

**COUNT XII**
**Negligence**
**(v. Darby)**

227.    The Defendants repeat and incorporate by reference their responses to paragraphs 1 through 226 above.

228-230.    Paragraphs 228-230 of Plaintiff's Complaint make no factual allegations against the Town Defendants. Therefore, no response is necessary. To the extent that any allegations are made against the Town Defendants in paragraphs 228-230, those allegations are denied.

**Fourth Defense**

The Town Defendants state that the Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**Fifth Defense**

The Town Defendants state that the Plaintiff's Complaint failed to state a claim which relief can be granted in that the Defendants have no obligation to pay the Plaintiff any amount of the loss or damages alleged.

### Sixth Defense

The Town Defendants state that the Plaintiff failed to mitigate his damages as required by law.

### Seventh Defense

The actions and conduct of the individual Town Defendants were performed according to and protected by law and/or legal process and, therefore, the Town Defendants cannot be held liable.

### Eighth Defense

The individual Town Defendants' use of lawful means to achieve an intended result is not actionable and, therefore, the Town Defendants cannot be held liable.

### Ninth Defense

The actions and conduct of the individual Town Defendants were privileged and, therefore, the Town Defendants cannot be held liable.

### Tenth Defense

The individual Town Defendants cannot be held vicariously liable for the acts or omissions of other employees or officers of the municipality.

### Eleventh Defense

The actions and conduct of the Town Defendants were privileged and, therefore, the Town Defendants, cannot be held liable.

### Twelfth Defense

The individual Town Defendants are entitled to qualified immunity and are therefore immune from liability.

### Thirteenth Defense

At all relevant times, the Town Defendants acted in good faith and in accord with the Constitutions and laws of the United States and of the Commonwealth of Massachusetts.

### Fourteenth Defense

The Plaintiff has not been deprived of any rights secured by either the Constitutions or the laws of the United States, or of the Commonwealth of Massachusetts.

### Fifteenth Defense

The injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by the Town Defendants.

### Sixteenth Defense

The Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claims against the Town Defendants.

### Seventeenth Defense

The injuries and damages alleged were caused by the Plaintiff's own intentional or negligent conduct and not the conduct of the Town Defendants.

### Eighteenth Defense

The injuries and damages alleged were caused by a person or entity over whom the Town Defendants have no responsibility or control.

### Nineteenth Defense

The Town Defendants were justified in their acts or conduct and that therefore the Plaintiff cannot recover.

### Twentieth Defense

The Town Defendants acted reasonably, within the scope of their official discretion and in a good faith belief that their actions were lawful and not in violation of any clearly established statutory or constitutional right of which a reasonable person would have known as to all matters alleged in the Complaint which bear on a question of State or Federal law.

### Twenty-First Defense

The individual Town Defendants have qualified immunity from this suit as the alleged acts complained of occurred within the scope of Town Defendants' official duties and Defendants have no knowledge that said alleged acts were illegal and/or unconstitutional, nor were said alleged acts clearly violative of the Plaintiff's rights at the time that they were allegedly committed.

### Twenty-Second Defense

The individual Town Defendants are entitled to immunity for their good faith discretionary actions under common law because the Town Defendants were public officials acting within the scope of a discretionary public duty, in good faith and without malice or corruption. Breault v. Chairman of the Board of Fire Comm'rs, 401 Mass. 26, 34 (1987).

### Twenty-Third Defense

The Plaintiff failed to make adequate presentment of his claims under M.G.L. c. 258, § 4 and, therefore, said claim must be dismissed.

### Twenty-Fourth Defense

The defendant, Town of Lexington is immune from suit and liability for all intentional torts.

### Twenty-Fifth Defense

The individual Defendants are immune from liability under M.G.L. c. 258.

### JURY DEMAND

The Town Defendants request a trial by jury.

Respectfully submitted,

The Defendants,
THE TOWN OF LEXINGTON,
OFFICER STEVE PAPIA,
OFFICER JOHN FRISSORI &
OFFICER JOSEPH CARRUTHERS
By their Attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

*/s/ Jason W. Crotty*
_____
Jason W. Crotty, BBO #656313
10 Post Office Square, Suite 1100
Boston, MA 02109
(617) 350-0950
jcrotty@piercedavis.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of February 2024.

                                            */s/ Jason W. Crotty*
                                            _____
                                            Jason W. Crotty