DOCKET NO.: 1:24-CV-10415ADB

| | |
|---|---|
| CAROL REILLY as personal representatives of | ) |
| THE ESTATE OF BRENDAN MICHAEL REILLY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF LEXINGTON, | ) |
| OFFICER STEVEN PAPIA, individually, | ) |
| OFFICER JOHN FRISSORI, individually, | ) |
| OFFICER JOSEPH CARRUTHERS, individually, | ) |
| INNOVIVE HEALTH OF MASSACHUSETTS, | ) |
| LLC, f/k/a NIZHONI HEALTH SYSTEMS, LLC., | ) |
| CATHERINE MUNYA, ALULA AFEWORK, | ) |
| ELLIOT COMMUNITY HUMAN | ) |
| SERVICES, INC., PATRICK AKER and | ) |
| MARY DARBY | ) |
| | ) |
| Defendants | ) |

## ANSWER OF INNOVIVE HEALTH OF MASSACHUSETTS, LLC F/K/A NIZHONI HEALTH SYSTEMS, LLC AND CATHERINE MUNYA TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND

Defendants Innovive Health of Massachusetts, LLC f/k/a Nizhoni Health Systems, LLC, and Catherine Munya ("Defendants") answer the separately numbered paragraphs of Plaintiff Carol Reilly as personal representative of the Estate of Brendan Michael Reilly's ("Plaintiff") First Amended Complaint and Jury Demand as follows:

### Parties

1.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2.   Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim

against Defendants, they are hereby expressly denied.

3.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

4.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

5.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

6.    Defendants admit the allegations contained in this paragraph.

7.    Defendants admit the allegations contained in this paragraph.

8.    Defendants admit the allegations contained in this paragraph.

9.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

10.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

11.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

## Facts Common to All Counts

12.    Defendants' answers to paragraphs 1 through 11 are repeated, reasserted, and incorporated herein by reference.

13.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

17.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

18.     Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

19.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

20.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

21.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

22.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

24.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

26. Defendants admit the allegations contained in this paragraph.

27. Defendants deny the allegations contained in this paragraph.

28. Defendants deny the allegations contained in this paragraph.

29. Defendants admit the allegations contained in this paragraph.

30. Defendants deny the allegations contained in this paragraph.

31. Defendants deny the allegations contained in this paragraph.

32. Defendants deny the allegations contained in this paragraph.

33. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

36. Defendants deny the allegations contained in this paragraph.

37. Defendants deny the allegations contained in this paragraph.

38. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

39. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

40. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

41.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

42.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

43.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

44.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

45.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

46.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

47.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

48.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

49.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

50.     Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

51.     Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

52.     Defendants are without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in this paragraph.

53. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

54. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

55. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

56. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

57. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

58. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

59. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

60. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

61. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

62. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

63. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

64. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

65.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

66.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

67.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

68.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

69.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

70.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

71.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

72.     Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

73.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

74.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

75.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

76.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

77.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

78.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

79.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

80.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

81.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

82.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

83.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

84.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

85.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

86.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

87.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

88.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

89.     Defendants are without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in this paragraph.

90. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

91. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

92. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

93. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

94. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

95. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

96. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

97. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

98. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

99. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

100. Defendants are without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in this paragraph.

101.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

102.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

103.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

104.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

105.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

106.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

107.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

108.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

109.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

110.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

111.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

112.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

113.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

114.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

115.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

116.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

117.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

118.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## <u>COUNT I</u>
**(Plaintiff v. Officers Papia, Frissori and Carruthers)**
**Violation of 42 U.S.C. § 1983**
**Violation of Plaintiff's Fourth Amendment Rights**

119.    Defendant's answers to paragraphs 1 through 118 are repeated, reasserted, and incorporated herein by reference.

120.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

121.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

122.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

123. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

124. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

125. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

126. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

127. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

128. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

129. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

130. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

131. Defendants make no answer to the allegations contained in this paragraph as they do not

purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

132.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

133.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

134.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

135.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

136.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

137.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

138.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

<u>**COUNT II**</u>
**(Plaintiff v. Officers Papia, Frissori, and Carruthers)**
**Violation of 42 U.S.C. § 1983**
**Violation of Plaintiff's Fourteenth Amendment Rights**

139.    Defendant's answers to paragraphs 1 through 138 are repeated, reasserted, and incorporated herein by reference.

140.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

141.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

142.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

143.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

144.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

145.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

## COUNT III
**(Plaintiff v. Town of Lexington)**
**Violation of 42 U.S.C. § 1983**
**Negligent Training and Supervision**

146.    Defendant's answers to paragraphs 1 through 145 are repeated, reasserted, and incorporated herein by reference.

147.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

148.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

149.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

150.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

151.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

152.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

153.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim

against Defendants, they are hereby expressly denied.

154. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

155. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

156. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

157. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

158. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

159. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

160. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

161. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

162.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.,

### COUNT IV
**(Plaintiff v. Officers Papia, Frissori, Carruthers and the Town of Lexington)**
**Violation of 42 U.S.C. § 1983**
**Unconstitutional Failure to Provide Mental Health Treatment in Violation of the Fourteenth Amendment's Right to Due Process**

163.    Defendant's answers to paragraphs 1 through 162 are repeated, reasserted, and incorporated herein by reference.

164.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

165.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

166.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

167.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

168.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

169.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

170.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

171.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

172.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

173.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

174.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

175.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

**COUNT V**
**(Plaintiff v. Town of Lexington)**
**Violation of American with Disabilities Act**
**Failure to Provide Reasonable Accommodations to Brendan**

176. Defendant's answers to paragraphs 1 through 176 are repeated, reasserted, and incorporated herein by reference.

177. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

178. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

179. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

180. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

181. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

182. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

183. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

184. Defendants make no answer to the allegations contained in this paragraph as they do not

purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

185. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

186. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

187. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

188. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

189. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

## COUNT VI
**(Plaintiff v. Town of Lexington)**
**Violation of the Rehabilitation Act**

190. Defendant's answers to paragraphs 1 through 190 are repeated, reasserted, and incorporated herein by reference.

191. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim

against Defendants, they are hereby expressly denied.

192. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

193. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

194. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

195. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

196. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.,

## COUNT VII
### (Plaintiff v. Nizhoni)
### Negligence

197. Defendant's answers to paragraphs 1 through 197 are repeated, reasserted, and incorporated herein by reference.

198. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

199. Defendants deny the allegations contained in this paragraph.

200.    Defendants deny the allegations contained in this paragraph.

201.    Defendants deny the allegations contained in this paragraph.

202.    Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

     a.  Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

     b.  Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

     c.  Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

     d.  Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

     e.  Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

     f.  Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

203.    Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

### COUNT VIII
**(Plaintiff v. Afework)**
**Negligence**

204.    Defendant's answers to paragraphs 1 through 203 are repeated, reasserted, and incorporated herein by reference.

205.    Defendants deny the allegations contained in this paragraph where it seeks a legal or

precatory conclusion.

206. Defendants deny the allegations contained in this paragraph.

207. Defendants deny the allegations contained in this paragraph.

208. Defendants deny the allegations contained in this paragraph.

209. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    a. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    b. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    c. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    d. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

210. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

### COUNT IX
### (Plaintiff v. Munya)
### Negligence

211. Defendant's answers to paragraphs 1 through 211 are repeated, reasserted, and incorporated herein by reference.

212. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

213. Defendants deny the allegations contained in this paragraph.

214. Defendants deny the allegations contained in this paragraph.

215. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    a. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    b. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    c. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    d. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    e. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    f. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

216. Defendants deny the allegations contained in this paragraph where it seeks a legal or precatory conclusion.

    WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

## COUNT X
**(Plaintiff v. Elliott)**
**Negligence**

217. Defendant's answers to paragraphs 1 through 216 are repeated, reasserted, and incorporated herein by reference.

218. Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim

against Defendants, they are hereby expressly denied.

219.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

220.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

221.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

222.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

<u>**COUNT XI**</u>
**(Plaintiff v. Patrick Aker)**
**Negligence**

223.    Defendant's answers to paragraphs 1 through 223 are repeated, reasserted, and incorporated herein by reference.

224.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

225.    Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

226.   Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

**COUNT XII**
**(Plaintiff v. Mary Darby)**
**Negligence**

227.   Defendant's answers to paragraphs 1 through 227 are repeated, reasserted, and incorporated herein by reference.

228.   Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

229.   Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

230.   Defendants make no answer to the allegations contained in this paragraph as they do not purport to state a claim against Defendants. To the extent that they do state a claim against Defendants, they are hereby expressly denied.

WHEREFORE, Defendants demand that Plaintiff's First Amended Complaint be dismissed and that judgment enter in Defendants' favor together with costs.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

The Plaintiff is precluded from recovering pursuant to G.L. c. 231, sec. 85 because the Plaintiff's comparative negligence exceeds the negligence, if any, of the defendants.

SECOND AFFIRMATIVE DEFENSE

If the plaintiff is entitled to recover against Defendants, any such recovery must be reduced in accordance with the comparative negligence statute, G.L. c. 231, sec. 85, because the negligence of the Plaintiff caused the injuries sustained.

## THIRD AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)( 4) and (5) for insufficiency of process.

## FOURTH AFFIRMATIVE DEFENSE

At all times satisfied contractual obligations, acted in good faith.

## FIFTH AFFIRMATIVE DEFENSE

Alleged damages caused by persons or parties over whom defendant had no control The acts or omissions which are alleged to have caused the damages and/or injuries referred to in the Complaint were committed by a third party who was not an agent or employee of the defendant(s) and for whose acts or omissions the defendant(s) (is/are) not legally responsible.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted because the harm was not a reasonably foreseeable result of Defendants allegedly tortious act or omission, and, therefore, the Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(6).

## SEVENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted because Defendants' allegedly tortious conduct was not a but-for cause of the harm incurred, and, therefore, the Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(6).

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be

granted because Defendants did not breach a duty of care to Plaintiff, and, therefore, the Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(6).

## NINTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted because Defendants did not owe Plaintiff a duty of care, and, therefore, the Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(6).

## TENTH AFFIRAMTIVE DEFENSE

The alleged injuries sustained by the plaintiff are the result of an intervening and/or superseding event with which the defendant was not involved.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant has acted at all times with good faith toward Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

The Complaint fails to allege a claim for which the Plaintiff can recover damages pursuant to G.L. c. 229, § 2 or § 6.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint fails to allege a claim for which punitive damages can be recovered.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant states that the plaintiff is barred from recovery because the alleged injuries and damages were caused by the acts or omissions of third persons over whom Defendant exercised no control and for whose conduct Defendant bears no responsibility.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendants reserve the right to amend this filing to assert all additional applicable defenses which discovery may reveal.

**DEFENDANTS DEMAND TRIAL BY JURY.**

DEFENDANTS, Innovive Health of Massachusetts
LLC  f/k/a Nizhoni Health Systems, LLC, and
Catherine Munya,
BY THEIR ATTORNEYS,

*/s/ Dawn M. Piccirilli*

DATED: 3.13.24 _____

Dawn M. Piccirilli, Esq. (BBO# 630502)
dpiccirilli@boyleshaughnessy.com
Michael R. O'Loughlin, Esq. (BBO# 703777)
moloughlin@boyleshaughnessy.com
Boyle │ Shaughnessy Law PC
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
Phone: (617) 451-2000
Fax: (617) 451-5775

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 13th day of March, 2024 served a copy of the foregoing document to all counsel of record in this action via the court's electronic filing system, as follows:

***Counsel for Plaintiff***
Michael J. Heineman, Esq.
Heinlein Beeler Mingace and Heineman
276 Union Avenue
Framingham, MA 01702
mheineman@hbmhlaw.com

***Counsel for Defendants, Town of Lexington, Officer Steve Papia, Officer John Frissori and Officer Joseph Carruthers***
Jason W. Crotty, Esq.
Pierce Davis & Perritano, LLP
10 Post Office Square, Suite 1100N
Boston, MA 02109
jcrotty@piercedavis.com

***Counsel for Defendants Eliot Community Human Services, Inc., David Aker, and Mary Darby***
Matthew J. Holmes, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
617-439-7500
mholmes@morrisonmahoney.com

***Alula Afework, pro se***
43 Ford St
Methuen, MA 01844
alula_afework@hotmail.com

*/s/ Dawn M. Piccirilli*

☐ Dawn M. Piccirilli, Esq. (BBO #630502)
☐ Michael R. O'Loughlin, Esq. (BBO# 703777)
*Counsel for Innovive Health of Massachusetts LLC*
*f/k/a Nizhoni Health Systems, LLC, and Catherine Munya,*